UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDRÉS MARTÍNEZ,

                Plaintiff,

-against-

ROBERT F. CUNNINGHAM, et al.,

                Defendants.

1:19-CV-10420 (CM)

CIVIL JUDGMENT

COLLEEN McMAHON, Chief United States District Judge:

    Pursuant to the order issued December 16, 2019, dismissing this action without prejudice as duplicative,

    IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice to the pending action under docket number 1:19-CV-10517 (CM). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

Dated:   December 16, 2019
           New York, New York

                                          COLLEEN McMAHON
                                          Chief United States District Judge